UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY LEY, <br> RONALD VIERK, <br> GEORGE AGAPIOS, <br> LUELLA BANGURA, <br>         Plaintiffs, <br><br> v. <br><br> The UNITED STATES of AMERICA, <br> *acting by its Drug Enforcement* <br> *Administration*, et al. <br>         Defendants. | Cause No. 1:16-cv-01908-RLY-MJD |

# GARY WHISENAND'S
# MOTION FOR SUMMARY JUDGMENT

The Defendant, Gary Whisenand, pursuant to Fed. R. Civ. P. 56, respectfully moves for summary judgment in his favor as to all of the Plaintiffs' claims against him. In support of this motion, Whisenand states the following:

1) Plaintiffs have sued Gary Whisenand in his personal capacity, alleging that he violated their constitutional rights under the Fourth, Fifth, and Fourteenth Amendments. (Docket No. 77, ¶ 131.)

2) The Court must dismiss the Fourteenth Amendment claim as a matter of law because it is not cognizable against a federal actor. The Fifth Amendment claim must also be dismissed because in case like this one, alleging unlawful pre-trial detention (Docket No. 77 ¶ 130), the Supreme Court and Seventh Circuit have held that the Fifth Amendment's due process clause is not the proper vehicle for challenging the defendant's conduct. *See Manuel v. City of Joliet*, 137 S. Ct. 911, 914 (2017); *Alexander v. McKinney*, 692 F.3d 553, 557-58 (7th Cir. 2012).

3) As to the Fourth Amendment claims, probable cause existed to charge the Plaintiffs with the criminal violations for which they were charged; which is an absolute defense to any claim against Whisenand for false arrest or malicious prosecution under the Fourth Amendment. Moreover, Whisenand did not induce the courts into issuing warrants through false testimony or deceit.

4) In the alternative, Whisenand is entitled to qualified immunity as to the constitutional claims against him.

5) In support of this motion, Whisenand designates his supporting brief, which is filed contemporaneously with this motion, and the following evidence:

| | | |
|---|---|---|
| Ex. A | | Declaration of Gary Whisenand |
| | Ex. 1 | DEA November 15, 2013 Report of Investigation |
| | Ex. 2 | DEA November 26, 2013 Report of Investigation |
| | Ex. 3 | DEA December 18, 2013 Report of Investigation |
| | Ex. 4 | DEA January 13, 2014 Report of Investigation |
| | Ex. 5 | DEA December 2, 2013 Report of Investigation |
| | Ex. 6 | DEA December 9, 2013 Report of Investigation |
| | Ex. 7 | DEA January 14, 2014 Report of Investigation |
| | Ex. 8 | DEA January 23, 2014 Report of Investigation |
| | Ex. 9 | DEA January 27, 2014 Report of Investigation |
| | Ex. 10 | DEA January 7, 2014 Report of Investigation |
| | Ex. 11 | DEA January 15, 2014 Report of Investigation |
| | Ex. 12 | Application and Court Order authorizing undercovers |
| | Ex. 13 | Dr. Chambers expert report |

Ex. 14 Dr. King expert report

Ex. 15 Affidavit of Probable Cause

    Attach. A Summary
    Attach. B Search Warrants
    Attach. C Items
    Attach. D Property description
    Attach. E Index

Ex. 16 Dr. Larry Ley prosecution materials

Ex. 17 Dr. Ronald Vierk prosecution materials

Ex. 18 Dr. LuElla Bangura prosecution materials

Ex. 19 Dr. George Agapios prosecution materials

Ex. 20 Motion to Transfer Seized Property

Ex. 21 Andrew Dollard Declaration of Forfeiture

Ex. 22 Disposition of Non-Drug Property

Ex. 23 Asset Forfeiture Stipulation and Settlement Agreement

Ex. B Undercover Videos of DORN (3-25-14 through 6-28-14)[1]

Ex. C Drug Enforcement Administration, Office of Diversion Control, Buprenorphine (Trade Names: Buprenex®, Suboxone®, Subutex®)

Ex. D Declaration of Dennis Wichern

Ex. E Excerpts from Deposition of Dr. Ronald Vierk

Ex. F Excerpts from Deposition of Dr. Larry Ley

Ex. G Excerpts from Deposition of Sgt. Mark Klein

Ex. H Excerpts from Deposition of Major Aaron Deitz

Ex. I Excerpts from Deposition of Gary Whisenand

Ex. J Excerpts from Deposition of Dr. George Agapios

---

[1] These materials have been filed manually pursuant to S.D. Ind. L.R. 5-10.

| | |
|---|---|
| Ex. K | Excerpts from Deposition of Dr. LuElla Bangura |
| Ex. L | Excerpts from Deposition of Felicia Reid |
| Ex. M | Excerpts from Deposition of Yvonne Morgan |
| Ex. N | Excerpts from Deposition of Joe Mackey |
| Ex. O | Excerpts from Deposition of Jessica Callahan |
| Ex. P | Excerpts from Deposition of Andrew Dollard |
| Ex. Q | Excerpts from Deposition of Cassy Bratcher |
| Ex. R | Excerpts from Deposition of Derek Tislow |
| Ex. S | Excerpts from Deposition of Eric Ley |
| Ex. T | Excerpts from Deposition of Andre Miksha |
| Ex. U | Declaration of Matthew Holbrook |
| Ex. V | Declaration of Daniel Schmidt |

Based on the foregoing, Gary Whisenand is entitled to summary judgment as to all of the Plaintiffs' claims against him and for all other just and proper relief.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey S. McQuary
jmcquary@btlmlaw.com

Debra H. Miller
miller@millerfisher.com

James R. Fisher
fisher@millerfisher.com

Douglas C. Haney
dhaney@carmel.in.gov

James S. Stephenson
jstephenson@stephlaw.com

Ronald J. Semler
rsemler@stephlaw.com

                                            *s/ Shelese Woods*
                                            Shelese Woods
                                            Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204
(317) 226-6333