UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEREK S. TISLOW, <br> ANDREW J. DOLLARD, <br> YVONNE S. MORGAN, <br> CASSY L. BRATCHER, <br> JOSEPH A. MACKEY, <br> JESSICA CALLAHAN, <br> ERIC W. LEY, and <br> FELICIA REID, <br><br> Plaintiffs, <br><br> v. <br><br> GARY WHISENAND, <br> CITY OF CARMEL, <br> AARON DIETZ, and <br> THE UNITED STATES, Acting by and <br> through its Drug Enforcement Administration, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br><br><br><br> 1:16-cv-01721-RLY-MJD |
| HAMILTON COUNTY PROSECUTOR'S <br> OFFICE, <br><br> Interested Party. | ) <br> ) <br> ) <br> ) <br> ) | |
| LARRY LEY, <br> RONALD VIERK, <br> GEORGE AGAPIOS, and <br> LUELLA BANGURA, <br><br> Plaintiffs, <br><br> v. <br><br> GARY WHISENAND, <br> CITY OF CARMEL, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br> 1:16-cv-01908-RLY-MJD |

1

| | )|
|---|---|
|AARON DIETZ, and | )|
|UNITED STATES, Acting by and through its | )|
|Drug Enforcement Administration, | )|
| | )|
| Defendants. | )|
| | )|
| | )|
|HAMILTON COUNTY PROSECUTOR'S | )|
|OFFICE, | )|
| | )|
| Interested Party. | )|

## FINAL JUDGMENT

Today, the court granted Defendants' Motions for Summary Judgment. The court now enters final judgment in favor of Defendants and against Plaintiffs.

**SO ORDERED** this 8th day of March 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

_Laura Townsend_

Distributed Electronically to Registered Counsel of Record.